In the Matter of the Opening of EAST ONE HUNDRED AND SEVENTY-NINTH STREET IN THE BOROUGH OF THE BRONX, NEW YORK CITY.

WILLIAM G. MULLIGAN, Appellant; RAYMOND C. HAFF, Respondent.

*Matter of East One Hundred & Seventy-ninth Street,* 131 App. Div. 933, affirmed.
(Argued October 7, 1909; decided October 26, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 19, 1909, which affirmed an order of Special Term confirm-

ing the report of a referee in a proceeding to determine the validity of an attorney's lien.

*Meyer Levy* and *William G. Mulligan* for appellant.

*William A. Young* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.